

1:25-cr-00043
Judge Andrea R. Wood
Magistrate Judge Young B. Kim
RANDOM/CAT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | **UNDER SEAL** |
|---|---|
| v. | Case No. |
| FIDEL YANEZ-VILLANUEVA | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about January 20, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

FIDEL YANEZ-VILLANUEVA,

defendant herein, an alien who previously had been deported and removed from the United States on or about December 24, 2008, and June 19, 2018, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY